## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MENDY TRIGG, INDIVIDUALLY AND SMITHFIELD TRUST, INC., AS THE GUARDIAN OF THE ESTATE OF J. T., A MINOR,

          Respondents

v.

CHILDREN'S HOSPITAL OF PITTSBURGH OF UPMC,

          Petitioner

:  No. 307 WAL 2018
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of January, 2019, the Petition for Allowance of Appeal is **GRANTED.** The issues as stated by Petitioner are:

    a.    Whether the Superior Court's decision conflicted with the jurisprudence of this Honorable Court and other Superior Court decisions by failing to apply the "palpable error" abuse of discretion standard of review and properly defer to the trial court?

    b.    Whether the Superior Court's holding directly conflicts with *Shinal v. Toms*, 162 A.3d 429 (Pa. 2017), which requires the denial of a strike for cause of a prospective juror when the prospective juror is willing and able to eliminate influences and render a verdict according to the evidence?

    c.    Whether the Superior Court improperly considered arguments regarding juror demeanor when those arguments were waived?

d. Whether the Superior Court erred by determining that Respondents were prejudiced by the trial court by requiring Respondents to use a peremptory challenge for Prospective Juror 29?